JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN JONES,<br><br>   Plaintiff,<br><br>  v.<br><br>TECHNICOLOR, INC.; I.A.T.S.E., Local 683, and its successor in interest I.A.T.S.E. Local 700, and DOES 1 through 100, inclusive,<br><br>   Defendants. | NO. CV 11-00302 SJO (SHx)<br><br>**JUDGMENT IN FAVOR OF DEFENDANTS I.A.T.S.E. LOCAL 683 AND I.A.T.S.E. LOCAL 700** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

This matter came before the Court on Defendants I.A.T.S.E. Local 683 and I.A.T.S.E. Local 700's Motion for Summary Judgment ("Motion"), filed August 24, 2011.  (Docket No. 14.)  Having reviewed and considered the pleadings and evidence submitted in support of and in opposition to the Motion, the Court finds that the pleadings, discovery, and disclosure materials on file, including the declarations submitted by the parties show that there is no genuine issue as to any material fact and that Defendants are entitled to judgment as a matter of law.  The Court grants Defendants' Motion against Plaintiff Benjamin Jones ("Plaintiff").

1      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that summary judgment shall be,

2   and hereby is, entered in favor of Defendants I.A.T.S.E. Local 683 and I.A.T.S.E. Local 700 as to

3   all claims.

4      IT IS SO ADJUDGED.

5

6   Dated: October 13, 2011.

7

8

                                                      S. JAMES OTERO

9                                    UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28